FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:92-CR-1154-SPG |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION PENDING |
| v. ) | FURTHER REVOCATION |
| ) | PROCEEDINGS |
| SHELLERY DENISE MOORE, ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ☒ information in the Pretrial Services Report and Recommendation

    ☒ information in the violation petition and report(s)

    ☒ the defendant's nonobjection to detention at this time

    ☒ other: _lack of bail resources, submission on detention, instant allegations,_

1

and/ or

B. ☐ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    ☐ information in the Pretrial Services Report and Recommendation

    ☐ information in the violation petition and report(s)

    ☐ the defendant's nonobjection to detention at this time

    ☐ other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/13/26

ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE

2